**EXHIBIT "A"**



**CORPORATE CREATIONS®**
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

PetSmart LLC                                                                08/19/2022
Suzanne  Grant Senior Paralegal
PetSmart LLC
19601 North 27th Avenue
Phoenix AZ 85027

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Item: 2022-784

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| | | |
|---|---|---|
| 1. | **Entity Served:** | PetSmart LLC |
| 2. | **Title of Action:** | Martha Hernandez vs. Petsmart, LLC, et al. |
| 3. | **Document(s) Served:** | Summons<br>Complaint for Damages<br>Civil Case Cover Sheet<br>Certificate of Assignment |
| 4. | **Court/Agency:** | San Bernardino County Superior Court |
| 5. | **State Served:** | California |
| 6. | **Case Number:** | CIVSB2214241 |
| 7. | **Case Type:** | Negligence/Premises Liability |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Thursday 08/18/2022 |
| 10. | **Date to Client:** | Friday 08/19/2022 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 30<br>Saturday 09/17/2022 | CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Joshua W. Glotzer<br>Burbank, CA<br>747-241-8288 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 051 |
| 16. | **Notes:** | Please note there are other Due Dates listed in the document |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

PETSMART, LLC, a Delaware Limited Liabiltiy Company and DOES
1-25, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

MARTHA HERNANDEZ

<table>
<tr><td>FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE)<br><br>F I L E D<br>SUPERIOR COURT<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br><br>AUG 1 5 2022<br><br>BY <i>Charlene Johnson</i><br>CHARLENE JOHNSON, DEPUTY</td></tr>
</table>

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* San Bernardino Superior Court<br>247 West 3rd Street, San Bernardino, CA 92415 | CASE NUMBER:<br>*(Número del Caso):*<br>CIV SB 2 2 1 4 2 4 1 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Joshua W. Glotzer, Glotzer & Leib LLP, 1023 N. Hollywood Way #202, Burbank CA 91505,  747-241-8288

| DATE:<br>*(Fecha)* AUG 1 5 2022 | Clerk, by<br>*(Secretario)* Charlene Johnson | , Deputy<br>*(Adjunto)* |
|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

COPY

**NOTICE TO THE PERSON SERVED: You are served**
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* PETSMART, LLC, a Delaware Limited Liability Company

under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
☒ other *(specify):* Limited Liability Company
4. ☐ by personal delivery on *(date):*

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Page 1 of 1<br>Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|

Joshua W. Glotzer, Esq., State Bar No. 178228
Daniel C. Leib, State Bar No. 129938
GLOTZER & LEIB, LLP
1023 N..Hollywood Way, Suite 202
Burbank, CA 91505
Telephone: (747) 241-8288
Facsimile: (747) 244-0040
EmaiL: admin@gllaw.com

Attorneys for Plaintiff
MARTHA HERNANDEZ

F I L E D
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JUL 0 8 2022

BY _Charlene A. Eman_
CHARLENE JOHNSON, DEPUTY

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

| | |
|---|---|
| MARTHA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br><br>PETSMART, LLC, a Delaware Limited<br>Liability Company.and DOES 1-25, inclusive.<br><br><br>Defendants | Case No.: CIV SB 2 2 1 4 2 4 1<br><br>**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**<br><br>1. **NEGLIGENCE**<br>2. **PREMISES LIABILITY**<br><br>**UNLIMITED JURISDICTION: Over $25,000.00** |

COMES NOW, PLAINTIFF, MARTHA HERNANDEZ AND MAKES A

COMPLAINT FOR DAMAGES AND DEMAND FOR A JURY TRIAL AS FOLLOWS:

**IDENTIFICATION OF PARTIES**

Complaint for Damages

1

1.    Plaintiff, MARTHA HERNANDEZ (herein sometimes referred to as "Ms. Hernandez" or "Plaintiff"), is an individual over the age of 18 and a resident of Los Angeles County, California.

2.    Defendant, PETSMART, LLC (herein sometimes referred to as "PetSmart" or "Defendant") is a Delaware Limited Liability Company, registered to do business in California with its principal place of business located at 19601 N 27th Ave, Phoenix, AZ 85027.

3.    Defendants, DOES 1-25, are believed to be either business entities or individuals. Plaintiff is ignorant of the true names and identities of said Defendants and their names are currently unknown to plaintiff and, therefore, they are designated as DOE defendants. Plaintiff reserves the right to amend this complaint to allege the true names of said defendants upon discovery of same.

## PRELIMINARY ALLEGATIONS

4.    Pursuant to Emergency Rule 9 of the California Rules of Court adopted April 6, 2020, the statute of limitations for civil causes of actions are tolled from April 6, 2020 until 90 days after the Governor of California declares the emergency related to the Covid-19 pandemic is lifted. As of the filing of this complaint the Governors Order is still in effect, therefore the statute of limitation is tolled.

5.    At all times relevant to this Complaint, plaintiff alleges that each and every co-defendant was acting as an employee, agent, ostensible agent, or co-conspirator with each and every other co-defendant or was otherwise acting within the course and scope of an employment relationship. Thus, all acts of each defendant are attributable to each other defendant, whether named or unnamed.

6.      Plaintiff is further informed, believes and thereon alleges that defendants, if any are incorporated or some other limited liability entity, that the principals of said entities have failed to carry out the business of such entities in accordance with corporate formalities, including but not limited to the holding of directors' or shareholders' meetings, and not maintaining records or minutes of any corporate proceedings.  Such that adherence to the fiction of the separate existence of said defendants as separate entities would permit an abuse of the corporate privilege and would sanction a fraud.

7.      Plaintiff is further informed and believes that at all times relevant to this complaint, the defendant corporations, either specifically or fictitiously named, were and now are corporations, existing under and by virtue of the laws of the State of California, were or are now foreign corporations licensed to do business in the State of California, or are foreign corporations doing business in the State of California, County of San Diego, among other counties.

8.      On or about July 10, 2020,  Plaintiff was customer at PetSmart pet store located at 11945 Central Avenue, Chino, CA 91710 ("PREMISES.").   While walking in the store towards a cash register,  at the PREMISES Plaintiff tripped on a box on the ground falling forward and causing her to suffer injuries including fracturing her right ring finger.  The fall caused Plaintiff to suffer painful injuries.

## FIRST CAUSE OF ACTION – Negligence

### [Against All Defendants]

9.      Paragraphs 1 through 8 inclusive, are hereby incorporated by reference as though fully set forth herein.

10.     On or about July 10, 2020, defendants and each of them, had a duty by law to entrust, own, operate and/or maintain their PREMISES at in such a manner as to avoid causing

injury to others. Defendants breached this duty by negligently entrusting, owning, operating, and/or maintaining the PREMISES so as to legally and proximately cause injuries and damages to plaintiff.

11. As a direct and proximate result of the negligence of defendants, and each of them, plaintiff was severely injured in her health, strength and activity, sustaining injuries to her person, which caused and continues to cause plaintiff great physical, mental, and emotional pain and suffering. As a result of these injuries, plaintiff has sustained special and general damages within the jurisdiction of the Superior Court.

13. As a further proximate and legal result of the negligence of defendants, and each of them, plaintiff has incurred and will incur medical and related expenses. Plaintiff does not know at this time the exact amount of expenses that have been incurred and that will be incurred in the future but will present such evidence according to proof at the time of trial.

14. As a further proximate and legal result of the negligence of defendants, and each of them, plaintiff suffered and continues to suffer a loss of earnings, both present and future in an amount that will be submitted according to proof at the time of trial.

15. As a further proximate and legal result of the negligence of Defendants, and each of them, plaintiff suffered damage to her personal property in an amount according to proof at the time of trial.

### SECOND CAUSE OF ACTION – Premises Liability
### [Against All Defendants]

16. Plaintiff alleges and incorporates by reference all of the allegations contained in paragraphs 1 through 15 of this Complaint.

17.  Defendants including without limitation, their vendors, agents, employees, coworkers and others, owned, possessed, controlled, occupied, supervised, inspected, leased, maintained, and/or managed the PREMISES where Plaintiff was injured on July 10, 2020.

18.  Defendants and each of them had a duty to use reasonable care to keep the PREMISES in a safe condition for use by Plaintiff and others similarly situated.

19.  Defendants and each of them breached their duty and failed to use reasonable care to protect Plaintiff and others similarly situated from the foreseeable harm caused by the dangerous and unsafe condition of the PREMISES.  Defendants also failed to take reasonable steps to repair, replace, or give adequate warning of the dangerous and unsafe condition of the PREMISES which Defendants and each of them created and/or failed to repair despite substantial time to take corrective action.

20.  The condition created an unreasonable risk of harm which Defendants and each of them knew about because the Defendants created the condition, or which Defendant's in the exercise of reasonable care should have discovered through reasonable periodic inspections of the property.

21.  Defendants breach of their duty of care was a legal cause of, and substantial factor in, Plaintiff 's harm and damages in this case.

22  As a legal result of the negligence of the Defendants herein and each of them, Plaintiff incurred medical expenses in an amount according to proof and suffered lost income and a loss of earning capacity.

23.  As a legal result of the negligence of the Defendants herein and each of them, Plaintiff incurred general pain and suffering in an amount to be determined later by the trier of fact.

## PRAYER

WHEREFORE, plaintiff hereby demands a trial by jury and pray for judgment against defendants, and each of them, as follows:

1.     For all special damages incurred by plaintiff as a direct and proximate result of the incident complained of herein including but not limited to present and future medical expenses, property damages. lost present and future wages, loss of earning capacity and any other damages in an amount according to proof at the time of trial.

2.     For general damages for pain, suffering, emotional distress, disruption to lifestyle and all other related damages in an amount according to proof at the time of trial.

3.     For such other and further relief as may be just and proper under the circumstances of this case.

DATED: 7/8/22                          GLOTZER & LEIB, LLP

                                       _____
                                       Joshua W. Glotzer, Esq.
                                       Attorney for Plaintiff

1

## DEMAND FOR JURY TRIAL

2

Plaintiff hereby demands trial of all her claims by jury to the extent authorized by law.

3

4

DATED:

5

6

7

GLOTZER & LEIB LLP

_____

Joshua W. Glotzer
Attorneys for Plaintiff
MARTHA HERNANDEZ

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Glotzer & Leib, LLP<br>By: Joshua W. Glotzer, Esq. SBN 178228<br>1023 N. Hollywood Way, Suite 202, Burbank, Ca. 91505 | FOR COURT USE ONLY |
|---|---|

TELEPHONE NO. 747-241-8288    FAX NO. *(Optional)*  747-244-0040
ATTORNEY FOR *(Name):*  Plaintiff

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN BERNARDINO**
STREET ADDRESS  247 W. Third St.
MAILING ADDRESS
CITY AND ZIP CODE  San Bernardino, Ca. 92415
BRANCH NAME  San Bernardino -- Civil

FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JUL 0 8 2022

BY _Charlene Johnson_
CHARLENE JOHNSON, DEPUTY

CASE NAME:
Martha Hernandez v. Petsmart, LLC

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER |
|---|---|---|
| [x] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CIVSB 2 2 1 4 2 4 1<br><br>JUDGE<br>DEPT |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[x] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [x] is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [x] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* 2: Negligence, Premises Liability
5. This case [ ] is  [x] is not    a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date:  July 8, 2022

Joshua W. Glotzer, Esq.
_____
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courts.ca.gov* |
|---|---|---|

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**                                    **CM-010**

To Plaintiffs and Others Filing First Papers. If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

To Parties in Rule 3.740 Collections Cases. A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

To Parties in Complex Cases. In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) (if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
Product Liability (not asbestos or toxic/environmental) (24)
Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) (not civil harassment) (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice (not medical or legal)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction)
    Contract/Warranty Breach–Seller Plaintiff (not fraud or negligence)
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage (not provisionally complex) (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property (not eminent domain, landlord/tenant, or foreclosure)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims (arising from provisionally complex case type listed above) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment (non-domestic relations)
    Sister State Judgment
    Administrative Agency Award (not unpaid taxes)
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (not specified above) (42)
    Declaratory Relief Only
    Injunctive Relief Only (non-harassment)
    Mechanics Lien
    Other Commercial Complaint Case (non-tort/non-complex)
    Other Civil Complaint (non-tort/non-complex)

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition (not specified above) (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

**CIVIL CASE COVER SHEET**

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

Martha Hernandez

Case No.: __CIV SB 2 2 1 4 2 4 1__

vs.

**CERTIFICATE OF ASSIGNMENT**

Petsmart, LLC, et. al.

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the
__San Bernardino_____ District of the Superior Court under Rule131 and General Order
of this court for the checked reason:

| | | |
|---|---|---|
| ☑ | General | ☐ Collection |
| | **Nature of Action** | **Ground** |
| ☐ | 1. Adoption | Petitioner resides within the district |
| ☐ | 2. Conservator | Petitioner or conservatee resides within the district. |
| ☐ | 3. Contract | Performance in the district is expressly provided for. |
| ☐ | 4. Equity | The cause of action arose within the district. |
| ☐ | 5. Eminent Domain | The property is located within the district. |
| ☐ | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| ☐ | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 9. Mandate | The defendant functions wholly within the district. |
| ☐ | 10. Name Change | The petitioner resides within the district. |
| ☒ | 11. Personal Injury | The injury occurred within the district. |
| ☐ | 12. Personal Property | The property is located within the district. |
| ☐ | 13. Probate | Decedent resided or resides within or had property within the district. |
| ☐ | 14. Prohibition | The defendant functions wholly within the district. |
| ☐ | 15. Review | The defendant functions wholly within the district. |
| ☐ | 16. Title to Real Property | The property is located within the district. |
| ☐ | 17. Transferred Action | The lower court is located within the district. |
| ☐ | 18. Unlawful Detainer | The property is located within the district. |
| ☐ | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| ☐ | 20. Other _____ | |
| ☐ | 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

Accident occured at Petsmart in Chino, CA.                    11945 Central Avenue
NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR                    ADDRESS

Chino                                California                    91710
CITY                                STATE                    ZIP CODE

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was
executed on July 8, 2022                    at Burbank, California
California.

_Signature of Attorney/Party_

Form # 13-16503-360
Mandatory Use.                    CERTIFICATE OF ASSIGNMENT                    Rev. June 2019



**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino CA 92415
www.sb-court.org
909-708-8678

| Hernandez -v- Petsmart, LLC et al | |
|---|---|
| **NOTICE OF TRIAL SETTING CONFERENCE and NOTICE OF CASE ASSIGNMENT** | **Case Number** <br> CIVSB2214241 |

Glotzer & Leib
1023 N Hollywood Way Suite 202
Burbank CA 91505

This case has been assigned to: Michael A Sachs in Department S28 - SBJC for all purposes.

Notice is hereby given that the above-entitled case has been set for Trial Setting Conference on:

Hearing Date: 02/15/2023 at 8:30 AM in Department S28 - SBJC

The Trial Setting Conference will be held in chambers without the appearance of the parties – except for good cause shown. (Local Rule 411.1).

Parties shall file and serve no later than 10 days prior to the trial setting conference the mandatory Initial Trial Setting Conference Statement form (local form #13-09001-360) included with this notice. Prior to the date of the initial trial setting conference, the court may entertain a written stipulation by all appearing parties to continue the initial trial setting conference if filed at least 30 days prior to the conference. In the event an At Issue Memorandum shall be filed and served no later than 15 days prior to the trial setting conference.

Date: 8/15/2022                                    Nancy CS Eberhardt, Court Executive Officer

By: _____
Charlene Johnson, Deputy Clerk

----------------------------------------------------------------------

**CERTIFICATE OF SERVICE**

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above-listed address. I am not a party to this action and on the date and place shown below, I served a copy of the above-listed notice by:
☒ Enclosed in a sealed envelope mailed to the interested party addressed above for collection and mailing this date, following standard Court practices.
☐ Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above or as shown on the attached listing.
☐ A copy of this notice was given to the filing party at the counter.
☐ A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file-stamped documents.
Date of Mailing: 8/15/2022

I declare under penalty of perjury that the forgoing is true and correct. Executed on 8/15/2022 at San Bernardino, CA.

By: _____
Charlene Johnson, Deputy Clerk

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (Name):<br>FAX NO. (Optional): | TRIAL SETTING CONFERENCE DATE: _____<br>UNLIMITED CASE: _____<br>LIMITED CASE: _____ | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| **INITIAL TRIAL SETTING CONFERENCE STATEMENT** | CASE NUMBER: |
|---|---|

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided. <u>This document must be filed and served at least 15 days prior to the trial setting conference date.</u>**

1.  **Party or parties (answer one):**
    a. ☐ This statement is submitted by party *(name):*
    b. ☐ This statement is submitted jointly by parties *(names):*

2.  **Service of Complaint on all parties has** ☐ **has not** ☐ **been completed.**

3.  **Service of Cross-Complaint on all parties has** ☐ **has not** ☐ **been completed.**

4.  **Description of case in Complaint:**

5.  **Description of case in Cross-Complaint:**

6.  Has all discovery been completed: Yes ☐   No ☐   Date discovery anticipated to be completed: _____

7.  Do you agree to mediation?  Yes ☐   No ☐   Please check type agreed to:  Private: _____   Court-sponsored: _____

8.  **Related cases, consolidation, and coordination:** Please attach a Notice of Related Case.

    ☐ A motion to  ☐ consolidate  ☐ Trial dates requested: Yes ☐   No ☐   Available dates: _____
    Time estimate: _____

9.  **Other issues:**
    ☐ The following additional matters are requested to be considered by the Court:

10. **Meet and Confer:**
    ☐ The parties represent that they have met and conferred on all subjects required by California Rules of Court, Rule 3.724.

    ☐ The parties have entered into the following stipulation(s):

11. Total number of pages attached *(if any):* _____

    I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the Initial Trial Setting Conference, including the written authority of the party where required.
    Date: _____

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY